# EXHIBIT B

15 Jun 09



6x7H -550-TE

PWP Product pictures






