IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Inline Plastics Corp.,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PWP Industries<br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:  Civil Action No. 3:09-cv-0951 (AWT)<br>:<br>:<br>:<br>: |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The parties hereto, acting through their respective counsel of record, hereby stipulate to the dismissal of the complaint and counterclaims filed herein, with prejudice, each party to bear its own costs and attorneys' fees.

This Stipulation and Order for Dismissal with Prejudice is submitted pursuant to the terms of an agreement between the parties, effective as of November 23, 2009, wherein the parties agree, subject to the Court's approval, that the Court shall retain jurisdiction over the parties for the purpose of enforcement of the terms of said agreement.

　　　　　　　　　　　　　　　　　　　　Inline Plastics Corp., Plaintiff

　　　　　　　　　　　　　　　　By: /s/ Barry Kramer
　　　　　　　　　　　　　　　　　　Barry Kramer (ct 06932)
　　　　　　　　　　　　　　　　　　Edwards Angell Palmer & Dodge LLP
　　　　　　　　　　　　　　　　　　301 Tresser Boulevard
　　　　　　　　　　　　　　　　　　Stamford, CT  06901
　　　　　　　　　　　　　　　　　　Tel.: (203) 353-6818
　　　　　　　　　　　　　　　　　　bkramer@eapdlaw.com

　　　　　　　　　　　　　　　　　　PWP Industries, Defendant

　　　　　　　　　　　　　　　　By: /s/ Jonathan B. Tropp
　　　　　　　　　　　　　　　　　　Jonathan B. Tropp (ct 11295)
　　　　　　　　　　　　　　　　　　Day Pitney LLP
　　　　　　　　　　　　　　　　　　One Canterbury Green
　　　　　　　　　　　　　　　　　　Stamford, CT  06901
　　　　　　　　　　　　　　　　　　Tel.: (203) 977-7357
　　　　　　　　　　　　　　　　　　jbtropp@daypitney.com

IT IS SO ORDERED this _____ day of _____, 2010

_____
Hon. Alvin W. Thompson, U.S.D.J.

STM 284611.1